# United States Court of Appeals
## For the First Circuit

No. 22-1398

HOUSATONIC RIVER INITIATIVE;
HOUSATONIC ENVIRONMENTAL ACTION LEAGUE,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
New England Region,

Respondent,

GENERAL ELECTRIC COMPANY;
HOUSATONIC REST OF RIVER MUNICIPAL COMMITTEE,

Intervenors.

**ERRATA SHEET**

The opinion of this Court, issued on July 25, 2023, is amended as follows:

On page 68, line 17, replace "aspects" with "aspects of".